## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIFFANY SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYNERGY DIRECT MORTGAGE, INC., )<br>)<br>Defendant. ) | Civil Action No. 08-354 SLR<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

Please enter the appearance of David H. Williams as counsel for Defendant in the above-captioned matter.

                                    MORRIS JAMES LLP

                                    */s/ David H. Williams*
                                    David H. Williams (#616)
                                    dwilliams@morrisjames.com
                                    James H. McMackin, III (#4284)
                                    jmcmackin@morrisjames.com
                                    500 Delaware Avenue, Suite 1500
                                    P.O. Box 2306
                                    Wilmington, DE  19899
                                    (302) 888-6900/5849
                                    Attorneys for Defendant

Date:  June 23, 2008

1825515/1