IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIFFANY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-354 SLR |
| | ) | |
| SYNERGY DIRECT MORTGAGE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of James H. McMackin, III as counsel for Defendant in the above-captioned matter.

MORRIS JAMES LLP

_/s/ James H. McMackin_
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant

Date: June 23, 2008

1825750/1