**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

TIFFANY SMITH                                    )
                                                 )
                 Plaintiff,                      )
                                                 )
        v.                                       )
                                                 )        Civil Action No. 08-354-SLR
SYNERGY DIRECT                                   )
MORTGAGE, INC.                                   )        JURY TRIAL DEMANDED
                                                 )
                 Defendant                       )
_____)

**ORDER**

At Wilmington this 18th day of August, 2008, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1.    **Pre-Discovery Disclosures.**  The parties will exchange by August 29, 2008 the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2.    **Discovery.**

      (a)    Discovery will be needed on the following subjects: plaintiff's work/discipline history; relationship between plaintiff and Don Scioli; Mr. Scioli's contacts/relationships with other Synergy employees (past and present); plaintiff's medical history; damages; plaintiff's exhaustion of administrative remedies; plaintiff's protected activity; plaintiff's relationships with other Synergy employees; plaintiff's workplace conduct.

1

(b)    All discovery shall be commenced in time to be completed by May 31, 2009.

(c)    Maximum of 25 interrogatories by each party to any other party.

(d)    Maximum of 25 requests for admissions by each party to any other party.

(e)    Maximum of 10 depositions by plaintiff and 10 by defendant.

(f)    Each deposition (other than of plaintiff and Don Scioli) limited to a maximum of 7 hours unless extended by agreement of the parties.

(g)    Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by June 30, 2009.  Rebuttal expert reports due by August 31, 2009.

(h)    **Discovery Disputes**.  Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37.  During the course of discovery, each party is limited to **two (2)** Rule 37 motions.  The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3.    **Joinder of other Parties, Amendment of Pleadings, Class Certification.**  All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before March 31, 2009.

4.    **Settlement Conference.**  Pursuant to 28 U.S.C. § 636, this matter is referred to a Magistrate Judge for the purposes of exploring ADR.

5.    **Summary Judgment Motions**.  All summary judgment motions shall be served and filed with an opening brief on or before September 30, 2009.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

6.    **Applications by Motion**.  Any application to the court shall be by written motion filed with the clerk.  Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers.  **Any non-dispositive motion shall contain the statement required by D.Del. LR 7.1.1.**

7.    **Motions in Limine.**  All motions <u>in limine</u> shall be filed on or before December 29, 2009.  All responses to said motions shall be filed on or before January 5, 2010.

8.    **Pretrial Conference.**  A pretrial conference will be held on January 12, 2010 at 4:30 p.m. in courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware.  The Federal Rules of Civil Procedure and D.Del. LR 16.4 shall govern the pretrial conference.

9.    **Trial.**  This matter is scheduled for a one week jury trial commencing on Monday, January 25, 2010 in courtroom 6B, sixth floor, Federal Building, 844 King Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge