IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIFFANY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-354 SLR |
| | ) | |
| SYNERGY DIRECT MORTGAGE, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, JAMES H. McMACKIN, III, hereby certify that on this 2nd day of September, 2008, two (2) copies of **DEFENDANT'S INITIAL DISCLOSURES** were served by hand delivery to following attorney of record at the address indicated below:

G. Kevin Fasic, Esquire
Law Offices of Kevin Fasic
1225 King Street, Suite 200
Legal Arts Building
Wilmington, DE 19801

MORRIS JAMES LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
Allyson B. James
ajames@morrisjames.com (#4830)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849/5210
Attorneys for the Defendant

Dated: September 2, 2008

1908487/1