# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIFFANY SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 08-354 SLR |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| SYNERGY DIRECT MORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### NOTICE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of September, 2008, that I caused a

true and correct copy of the foregoing Plaintiff's First of Interrogatories and Requests for

Production be served, by regular U.S. Mail, postage prepaid, upon the following:


David H. Williams, Esquire
James H. McMackin, III, Esquire
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899


/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)