# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIFFANY SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SYNERGY DIRECT MORTGAGE, INC., )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 08-354 SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, G. Kevin Fasic, Esquire, hereby certify this 2nd day of September, 2008, that I caused a true and correct copy of the foregoing Plaintiff's Initial Disclosures to be served, by U.S. Mail, postage prepaid, upon the following:

> David H. Williams, Esquire
> James H. McMackin, III, Esquire
> 500 Delaware Avenue, Suite 1500
> P.O. Box 2306
> Wilmington, DE 19899

/s/ G. Kevin Fasic
G. Kevin Fasic, Esquire (DE 3496)